UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **ORDER FOR RETURN OF** |
| **VS.** | : | **DEPOSIT FOR BAIL** |
| **RONG CHEN** | : | **RECOG. NEW1208**<br>**Case No. DNJX207MG404501** |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Ninety-eight thousand dollars ($98,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 17th day of September, 2010

**ORDERED** that the sum of Forty-nine thousand dollars ($49,000.00) so deposited as aforesaid be returned to Zhu Ying Chen 999 S. Orange Ave, Newark, NJ 07106 and Forty-nine thousand dollars ($49,000.00) so deposited as aforesaid be returned to Zhi Qing Lin, 6315 Jackson St. 1st Floor, West New York, NJ 07093, the sureties of said recognizance.

_____
GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT